# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

JAVIER AMBLER, SR., individually, on behalf of all wrongful death beneficiaries of JAVIER AMBLER, II, on behalf of the ESTATE OF JAVIER AMBLER, II, and as next friends of J.R.A., a minor child; MARITZA AMBLER, individually, on behalf of all wrongful death beneficiaries of JAVIER AMBLER, II, on behalf of the ESTATE OF JAVIER AMBLER, II, and as next friends of J.R.A., a minor child; MICHELLE BEITIA, as next friend of J.A.A., a minor child; Javier Ambler, II, Estate of Javier Ambler, II,

*Plaintiffs – Appellees.*

v.

MICHAEL NISSEN,

*Defendant – Appellant,*

On Appeal from the United States District Court
For the Western District of Texas, Case No. 1:20-cv-1068
Hon. Robert Pitman, District Judge

## APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR REHEARING EN BANC

TO THE HONORABLE COURT OF APPEALS:

1.      Pursuant to Federal Rule of Appellate Procedure 26(b) and Fifth Circuit Rule 31.4, Appellant Michael Nissen files this unopposed motion to extend the deadline for filing Appellant's Petition for Rehearing En Banc, which is currently due on Tuesday, September 24, 2024.

2.     The Court entered their Published Opinion and Judgment on September 10, 2024.

3.     Counsel for Appellant requests a 14-day extension of time to file Appellant's Petition for Rehearing En Banc, making the Reply Brief due on **October 8, 2024**. This is the first and only anticipated request for extension of time to file Appellant's Petition for Rehearing En Banc.

4.     However, Appellant relies on the following facts to reasonably explain the need for this requested extension:

     i. Lead counsel Appellate counsel in charge of briefing, Stephen B. Barron, is scheduled to be traveling as of September 17, 2024 and will be out of the country until October 1, 2024. During that time the undersigned co-counsel, Blair J. Leake, will be responsible for the following:

     ii. drafting pre-trial filings and preparing for and attending final Pre-Trial Conference for jury trial set to begin on October 7, 2024 in *Bruno v. Rodriguez*, No. 5:22-cv-00985-OLG, currently pending in the Western District of Texas;

     iii. preparing Defendants' Designation of Testifying Experts due on September 20, 2024 in *Motley v. Radford, et al.*, No. 1:23-cv-00276-DAE, currently pending in the Western District of Texas;

     iv. preparing for and attending a witness deposition on September 25, 2024 in *Gonzales v. City of Austin, et al.,* No. 1:22-00655-RP, currently pending in the Western District of Texas; and

     v. preparing for and attending a Mediation on Thursday, September 26, 2024 in *Haywood v. City of Bastrop,* Cause No. 2458-335, in the 335th Judicial District Court, Bastrop County, Texas;

5.     This extension is not sought for the purposes of delay, but only to allow Appellant's counsel the opportunity to properly prepare Appellant's Petition for Rehearing En Banc. The Parties and the Court will not be prejudiced by the granting of

this motion. The undersigned conferred with Counsel for Appellees' regarding this extension, and they are unopposed to this request.

6.      For all the reasons articulated *supra*, Appellant Michael Nissen respectfully requests that this Court grant this unopposed motion, and allow Appellant to file his Appellant's Petition for Rehearing En Banc on or before **Tuesday, October 8, 2024**.

Respectfully submitted,

**WRIGHT & GREENHILL, P.C.**
4700 Mueller Blvd., Suite 200
Austin, Texas  78723
(512) 476-4600
(512) 476-5382 – Fax

By:____/s/ Blair J. Leake_____
    Stephen B. Barron
    State Bar No. 24109619
    sbarron@w-g.com
    Blair J. Leake
    State Bar No. 24081630
    bleake@w-g.com

**ATTORNEYS FOR APPELLANT**
**MICHAEL NISSEN**

## CERTIFICATE OF CONFERENCE

On September 16th and 17th, 2024, the undersigned conferred with Appellees' counsel regarding the requested extension. Counsel for Appellees' are unopposed to this motion.

_____/s/ Stephen B. Barron_____
Stephen B. Barron

<u>**CERTIFICATE OF SERVICE**</u>

On this 17th day of September, 2024, a true and correct copy of the foregoing document was electronically served upon all counsel of record in accordance with Federal Rule of Appellate Procedure 25(c)(2).

Jeff Edwards
jeff@edward-law.coom
David James
david@edwards-law.com
**EDWARDS LAW**
603 W 17th St.
Austin, TX 78701

Bhavani Raveendran
braveendran@rblaw.net
Antonio M. Romanucci
aromanucci@rblaw.net
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark Street, Suite 900
Chicago, IL 60654

_____/s/ Blair J. Leake_____
Blair J. Leake