No. 23-50696

# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

**JAVIER AMBLER, Sr.**, individually, on behalf of all wrongful death beneficiaries of Javier Ambler, II, on behalf of the Estate of Javier Ambler, II, and as next friends of J.R.A., a minor child; **MARITZA AMBLER**, individually, on behalf of all wrongful death beneficiaries of Javier Ambler, II, on behalf of the Estate of Javier Ambler, II, and as next friends of J.R.A., a minor child; **MICHELLE BEITIA**, as next friend J.A.A., a minor child; Javier Ambler, II, Estate of Javier Ambler, II,
*Plaintiffs - Appellees*

v.

**MICHAEL NISSEN**,
*Defendant - Appellant*

**On Appeal from the United States District Court
Western District of Texas, Austin Division**
Civil Action No. 1:20-cv-1068
Honorable Robert Pitman, District Judge, presiding

## PLAINTIFFS-APPELLEES' UNOPPOSED MOTION TO EXTEND TIME FOR RESPONSES TO PETITION FOR REHEARING EN BANC

Respectfully submitted,

By /s/ Jeff Edwards
Jeff Edwards, SBN 24014406
Michael Singley, SBN 00794642
David James, SBN 24092572
Lisa Snead, SBN 24062204
Paul Samuel, SBN 24124463
EDWARDS LAW GROUP
603 W. 17th St.
Austin, Texas 78701

By /s/ Bhavani Raveendran
Antonio Romanucci, SBN 6190290
Bhavani Raveendran, SBN 6309968
ROMANUCCI & BLANDIN, LLC
321 N. Clark St., Ste. 900
Chicago, Illinois 60654

No. 23-50696

# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

**JAVIER AMBLER, Sr.**, individually, on behalf of all wrongful death beneficiaries of Javier Ambler, II, on behalf of the Estate of Javier Ambler, II, and as next friends of J.R.A., a minor child; **MARITZA AMBLER**, individually, on behalf of all wrongful death beneficiaries of Javier Ambler, II, on behalf of the Estate of Javier Ambler, II, and as next friends of J.R.A., a minor child; **MICHELLE BEITIA**, as next friend J.A.A., a minor child; Javier Ambler, II, Estate of Javier Ambler, II,
*Plaintiffs - Appellees*

v.

**MICHAEL NISSEN**,
*Defendant - Appellant*

## CERTIFICATE OF INTERESTED PERSONS

The undersigned counsel of record certifies that the following listed persons and entities as described in Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this court may evaluate possible disqualification or recusal.

/s/ David James
DAVID JAMES

**Attorney for Plaintiffs-Appellees**

Plaintiffs/Appellees and true parties in interest:
1. Javier Ambler, Sr.
2. Maritza Ambler
3. J.R.A., a minor child
4. Michelle Beitia
5. J.A.A., a minor child
6. Estate of Javier Ambler, II

Ambler Plaintiffs' Counsel:
7. Jeff Edwards
8. David James
9. Paul Samuel
10. Lisa Snead
11. Michael Singley

Ambler Plaintiffs' Former Counsel
12. Scott Medlock

Plaintiff Beitia's Counsel:
13. Antonio Romanucci
14. Bhavani Raveendran

Defendant/Appellant:
15. Michael Nissen

Defendant/Appellant's Counsel:
16. Stephen Barron
17. Blair Leake
18. Archie Carl Pierce

Other Defendant Below:
19. City of Austin

Defendant City of Austin's Counsel:
20. Henry Gray Laird, III
21. Monte Barton, Jr.

Former Defendants Below:
22. Williamson County
23. Jason Nassour

24. Robert Chody
25. James Johnson
26. Zachary Camden

Former Defendant Williamson County's Counsel:
27. Larry J. Simmons
28. Carmen Jo Rejda-Ponce
29. Eric Hudson
30. Ben Zinnecker

Former Defendant Jason Nassour's Counsel:
31. Darrell G-M Noga
32. Christopher Klement

Former Defendant Robert Chody's Counsel:
33. D. Randall Montgomery
34. Alyssa Barreneche

Former Defendant James Johnson's Counsel:
35. Gerald Bright
36. David Craft

Former Defendant Zachary Camden's Counsel:
37. Kevin M. Curley

Prospective Petitioner Amici Curiae:
38. Texas Municipal League Intergovernmental Risk Pool
39. Texas Police Chiefs Association
40. Texas Conference of Urban Counties
41. National Association of Police Organizations
42. Texas Municipal Police Association
43. Combined Law Enforcement Associations of Texas
44. Mississippi Municipal Liability Plan

Prospective Petitioner Amici Curiae's Counsel:
45. Laura O'Leary
46. Thomas P. Brandt
47. Francisco J. Valenzuela

# PLAINTIFFS-APPELLEES' MOTION TO EXTEND TIME FOR RESPONSES TO PETITION FOR REHEARING EN BANC

## I. FACTUAL BACKGROUND & PROCEDURAL HISTORY

This is a wrongful death case arising from three police officers' use of force which killed Plaintiffs-Appellees' decedent, Javier Ambler, Jr. *See* ROA.311. The sole remaining individual Defendant, Michael Nissen, appeals from denial of his motion for summary judgment based on qualified immunity. ROA.8120-21. A Panel of this Court dismissed his appeal for lack of interlocutory jurisdiction, holding that "Nissen fails to raise pure legal issues and instead challenges the district court's factual findings." *Ambler v. Nissen*, --- F.4th ----, No. 23-50696, 2024 WL 4130099, at *9, Slip Op., p. 19 (5th Cir. Sept. 10, 2024).

Nissen petitioned for *en banc* review, after receiving an unopposed two-week extension of time, on October 8, 2024.

On October 9, 2024, the Court requested a response to the petition on or before October 21, 2024.

Putative *amici curiae*, the Texas Municipal League Intergovernmental Risk Pool and others, filed an unopposed motion for leave to submit an amicus brief in support of the petition on October 15, 2024.

## II. ARGUMENT

Plaintiffs-Appellees respectfully request a two-week extension to file their response.

The Court may extend briefing deadlines for good cause. FED. R. APP. P. 26(b). There is good cause to grant the requested extension for four reasons.

First, Plaintiffs-Appellees are in receipt of the TMLIRP et al. brief as of October 15, 2024. Plaintiffs-Appellees need additional time to explore whether other *amici curiae* are able to address and oppose the arguments raised in the TMLIRP brief, or if instead Plaintiffs-Appellees should address that brief in their own response in opposition to the petition.

Second, one of the organizations that may be interested in opposing the petition as an *amicus curiae* needs additional time to prepare its brief. Extending Plaintiffs-Appellees' deadline would extend any putative respondent *amici curiae*'s time to respond. *See* FED. R. APP. P. 29(b)(5).

Third, several attorneys have personal commitments during the weekend of October 19, 2024 related to an upcoming wedding of one of Plaintiffs-Appellees' counsel.

Finally, counsel has had other obligations during the original response period of October 9 through October 21, 2024 which have diverted attorney resources from the response brief and conferring with potential *amici curiae*. These have included:

- October 10, 14, 15, and 17, 2024 depositions in the matter of *Thompson v. Duroy, et al.*, No. 5:21-cv-1133 (W.D. Okla.);

- October 11, 2024 hearing in the matter of *McCarty v. Children's Medical Center of Dallas, et al.*, No. CC-21-01163-C (Dallas County, Tex., County Court at Law No. 3);

- October 11, 2024 submission of briefing relating to a pending dispositive motion in the matter of *Flores v. Perez, et al.*, 1:23-cv-673 (W.D. Tex.);

- October 14, 2024 submission of briefing relating to a pending dispositive motion in the matter of *Johnson v. Salter, et al.*, No. 1:22-cv-1050 (W.D. Tex.);

- October 17, 2024 mediation in the matter of *Shanklin v. Progressive County Mutual Insurance Co.*, No. D-1-GN-24-001444 (Travis County, Tex. District Court);

- October 18, 2024 pretrial disclosures due in the matter of *Baker, et al., v. Coborn, et al.*, 2:19-cv-77 (N.D. Tex.);

- October 21, 2024 pretrial disclosures due in the matter of *Jean v. Guyger, et al.*, No. 3:18-cv-2862 (N.D. Tex.);

- October 21, 2024 hearing in the matter of *Nieves, et al. v. City of Chicago*, No. 2024-L-1891 (Cir. Court of Cook County, Ill.); and

- October 21, 2024 hearing in the matter of *Shelp v. Penske Truck Leasing Co., L.P., et al.*, No. 2023-ccv-60159-2 (Nueces County, Tex., County Court at Law No. 2).

This extension is not sought for the purposes of delay, but only to allow Plaintiffs-Appellees and putative *amici curiae* the opportunity to prepare a thorough and comprehensive response to the petition for rehearing en banc, as well as a

response to the *amici curiae* who support that petition. The parties and the Court will not be prejudiced by this motion.

The undersigned conferred with counsel for Defendant-Appellant Nissen, and they are unopposed to this request.

### III.  CONCLUSION

For the foregoing reasons, Plaintiffs-Appellees respectfully request that the Court grant this motion and allow Plaintiffs-Appellees submit responsive briefing to the petition for rehearing en banc on or before Monday, November 4, 2024.

Dated: October 21, 2024.

        Respectfully submitted,

        **EDWARDS LAW**
        603 West 17th St.
        Austin, TX 78701
        Tel. (512) 623-7727
        Fax. (512) 623-7729

        By /s/ Jeff Edwards
            JEFF EDWARDS
            State Bar No. 24014406
            jeff@edwards-law.com
            MICHAEL SINGLEY
            State Bar No. 00794642
            mike@edwards-law.com
            /s/ David James
            DAVID JAMES
            State Bar No. 24092572
            david@edwards-law.com
            LISA SNEAD
            State Bar No. 24062204
            lisa@edwards-law.com

    PAUL SAMUEL
    State Bar No. 24124463
    paul@edwards-law.com

**ATTORNEYS FOR AMBLER PLAINTIFFS**

By /s/ Bhavani Raveendran
    Antonio M. Romanucci
    Illinois ARDC No. 6190290
    aromanucci@rblaw.net
    Bhavani Raveendran
    Illinois ARDC No. 6309968
    braveendran@rblaw.net
    321 N. Clark Street, Ste. 900
    Chicago, Illinois 60654
    (312) 458-1000 – Telephone
    (312) 458-1004 – Facsimile

**ATTORNEYS FOR PLAINTIFF MICHELLE BEITIA AS NEXT FRIEND OF J.A.A., A MINOR**

### CERTIFICATE OF SERVICE

I certify that on October 21, 2024, the foregoing document was served, via the Court's CM/ECF Document Filing System, upon all counsel of record.

                              /s/ David James
                              DAVID JAMES

**Attorney for Plaintiffs-Appellees**

**CERTIFICATE OF COMPLIANCE**

I hereby certify that: (1) any required privacy redactions have been made in compliance with Fifth Circuit Rule 25.2.13; (2) the electronic submission is an exact copy of the filed document in compliance with Fifth Circuit Rule 25.2.1; (3) the document has been scanned with the most recent version of Avast antivirus software and is free of viruses; and (4) the document has been prepared in a proportionally spaced typeface using Microsoft Word for Mac, v. 16.70, in Times New Roman, 14-point font and contains 705 words excluding the items identified in FED. R. APP. P. 32(f).

/s/ David James
DAVID JAMES

**Attorney for Plaintiffs-Appellees**